# Bergstein & Ullrich

– Attorney at Law –

5 Paradies Lane

New Paltz, New York 12561

Tel: (845) 469-1277        Fax: (845) 469-5904

www.tbulaw.com

thefirm@tbulaw.com

www.secondcircuitcivilrights.blogspot.com

January 17, 2025

Clerk of Court

U.S. Court of Appeals

for the Second Circuit

40 Foley Square

New York, N.Y. 10010

Re:    *Matthew v. JP Morgan Chase Bank, NA*

Dkt No. 24-3137

Dear Clerk:

I represent Plaintiff-Appellant. While Plaintiff intends to appeal the Rule 12 dismissal and not the summary judgment order, I am requesting that the Court remove this case from the expedited docket and allow Plaintiff to perfect the appeal by April 3, 2025, which is 91 days from the filing of Forms C and D on January 2, 2025. The reason for this request is the volume of work over the next few months in other cases.

Very truly yours,

/s/ Stephen Bergstein

Stephen Bergstein